NEW YORK,
May, 1824.

Anonymous

J. A. *Collier*, contra, cited *Smith* v. *Thompson*, (1 Cowen's Rep. 221,) and note (*a*) there, where all the cases are collected. The result of these are, that though the dispersion of the jury may be a contempt of Court, for which the jury are punishable, yet it is not such an irregularity as will be a cause for setting aside the verdict.

---

## Anonymous.

An attorney having commenced an action without being retained for that purpose, and having failed in the suit, this Court made a rule upon him, that he should pay to the defendant his costs. These being duly taxed and demanded, but not paid,

*E. Williams*, moved that an attachment issue against the attorney, and that he be denied the jail liberties, till the action which he had brought without being retained, was attached for not paying them and a rule made, that unless he paid them in ten days after notice of the rule, he should be suspended till he paid.

*This court cannot control the effect of an attachment, by ordering the defendant therein to be denied the jail liberties. An attorney who was ordered to pay the costs of an*

NEW YORK,
May, 1284.

Ex parte
Noble.

costs be paid, or that he pay the costs within a given time or be stricken from the roll.

*Curia.* The attachment must take its course. We cannot control its effect. But we order that the attorney pay these costs in ten days after notice of this rule, or that he be suspended from all practice as an attorney, till the costs be paid.

Rule accordingly.